IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNION HOME MORTGAGE CORP., | ) | |
| | ) | Case No. 1:23-cv-00400 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | AMENDED MINUTES & STIPULATED |
| JOHN HARVEY, | ) | |
| | ) | DISMISSAL |
| | ) | |
| Defendant. | ) | |

On September 20, 2023, the Court held a settlement conference via Zoom, and the parties reached a settlement agreement.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs.  Notice by the Clerk of Courts being hereby waived.  Time: 20 mins.

The Court retains jurisdiction to ensure that the settlement agreement is executed and the parties comply with it.

**IT IS SO ORDERED.**

Date: September 20, 2023

*/s/ Dan Aaron Polster*
Dan Aaron Polster
United States District Judge